No. 78–1734. GOLOMB v. WADSWORTH. C. C. P. A. Certiorari denied. 

No. 78–1740. LUBBOCK POSTER Co. v. CITY OF LUBBOCK, TEXAS, ET AL. Ct. Civ. App. Tex., 7th Sup. Jud. Dist. Certiorari denied. 

No. 78–1741. ALABAMA v. ZUCK. C. A. 5th Cir. Certiorari denied. 

No. 78–1742. WOLF v. ILLINOIS; and
No. 78–1744. BERLAND v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. Reported below: 74 Ill. 2d 286, 385 N. E. 2d 649.

No. 78–1745. SIMKO, ADMINISTRATOR, ET AL. v. C & C MARINE MAINTENANCE Co. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 78–1746. DIAZ-BUXO v. MONGE, CHIEF JUSTICE, SUPREME COURT OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied. 

No. 78–1747. UNITED STATES BREWERS ASSN., INC., ET AL. v. PEREZ, SECRETARY, DEPARTMENT OF TREASURY OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied. 

No. 78–1748. LEAVITT ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 78–1751. McPARTLIN v. UNITED STATES;
No. 78–1754. BULL v. UNITED STATES;
No. 78–1755. JANICKI v. UNITED STATES; and
No. 78–1903. INGRAM v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 595 F. 2d 1321.

No. 78–1753. TOOKE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.